**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-7724**

———————

ANTHONY D. HAWKS,

> Plaintiff – Appellant,

and

JANENERE HAWKS; DANA ANTHONY HAWKS,

> Plaintiffs,

> v.

LARRY DAVID; ALLEN ADKINS; DAVID PHIPPS; CHRISTOPHER TIMMS; PAUL ABELL; JOSEPHINE BROWN; ALONG, First Name Unknown; PARK, First Name Unknown; HUDSON, First Name Unknown; SELMAN, First Name Unknown; FITZGERALD, First Name Unknown; GEORGE, First Name Unknown; KREMER, First Name Unknown; NANCY B. SHUAR; JAMES SALKIN; DANIAL L. SUSSMAN; GARY A. TICKNOR; STATE OF MARYLAND; WILLIAM D. SCHAEFER; MARTIN O'MALLEY; CITY OF BALTIMORE, MARYLAND; KURT SCHMOKE; STEPHANIE RAWLINGS-BLAKE,

> Defendants - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Peter J. Messitte, Senior District Judge. (1:10-cv-02250-PJM)

———————

Submitted: April 21, 2011        Decided: April 26, 2011

———————

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony D. Hawks, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony D. Hawks appeals the district court's order denying his motion to reconsider the order dismissing as time-barred his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hawks v. David, No. 1:10-cv-02250-PJM (D. Md. Nov. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED